| | |
|---|---|
| 1 | STEVEN D. WERTH, # 121153 |
| | JENNY LI, # 216900 |
| 2 | LOW, BALL & LYNCH |
| | 505 Montgomery Street, 7th Floor |
| 3 | San Francisco, California  94111-2584 |
| | Telephone  (415) 981-6630 |
| 4 | Facsimile  (415) 982-1634 |
| 5 | Attorneys for Defendant |
| | FLORENCE CRITTENTON SERVICES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-OAKLAND DIVISION

| | | |
|---|---|---|
| SHAWN C. SCOTT, | ) | Case No. CV 11-5050  DMR |
| | ) | |
| Plaintiff, | ) | Hon. Donna M. Ryu |
| v. | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER FOR CONTINUANCE OF |
| FLORENCE CRITTENTON SERVICES, | ) | MEDIATION COMPLETION DATE |
| | ) | |
| Defendant. | ) | |
| | ) | Trial Date:  March 25, 2013 |
| | ) | |

The parties herein and their attorneys of record hereby agree and stipulate to continue the current mediation completion date of April 24, 2012 for fourteen (14) days, to May 8, 2012.

This stipulation and order are sought because the parties, due to their respective trial calendars and previously calendared appearances, are unable to complete the depositions of plaintiff and defendant's witnesses, and mediation by April 24, 2012.  The parties have now agreed to the following dates:

      Plaintiff's Deposition    :    March 30, 2012

      Defendant's Witnesses (2)    :    April 4, 2012

      Mediation Date    :    May 3, 2012

Accordingly, the parties respectfully request a continuance of fourteen (14) days to complete

-1-

STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF MEDIATION COMPLETION DATE
J:\1056\sf0105\Pleadings\P-STP-MED.wpd    Case No.  CV 11-5050

mediation.

Dated: March 6, 2012.

LOW, BALL & LYNCH

By _____
STEVEN D. WERTH
JENNY LI
Attorneys for Defendant
FLORENCE CRITTENTON SERVICES

Dated: March 6, 2012.

LAW OFFICE OF RICHARD M. ROGERS

By _____
RICHARD M. ROGERS
Attorneys for Plaintiff
SHAWN C. SCOTT

### [PROPOSED] ORDER

Pursuant to the parties' stipulation and good cause appearing, the Court hereby orders that the last day to complete mediation in this case be continued for fourteen (14) days, to May 8, 2012. The previously ordered deadline to complete mediation of April 24, 2012 is hereby vacated.

IT IS SO ORDERED.

Dated: March 7, 2012

_____
THE HONORABLE DONNA M. RYU
JUDGE OF THE DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA