```
 1  STEVEN D. WERTH, # 121153
    JENNY LI, # 216900
 2  LOW, BALL & LYNCH
    505 Montgomery Street, 7th Floor
 3  San Francisco, California 94111-2584
    Telephone (415) 981-6630
 4  Facsimile (415) 982-1634

 5  Attorneys for Defendant
    FLORENCE CRITTENTON SERVICES
 6

 7

 8                      UNITED STATES DISTRICT COURT

 9              NORTHERN DISTRICT OF CALIFORNIA-OAKLAND DIVISION

10

11  SHAWN C. SCOTT,                    )   Case No. CV 11-5050 DMR
                                       )
12                 Plaintiff,          )   Hon. Donna M. Ryu
           v.                          )
13                                     )   STIPULATION AND [PROPOSED]
                                       )   ORDER FOR CONTINUANCE OF
14  FLORENCE CRITTENTON SERVICES,      )   MEDIATION COMPLETION DATE
                                       )
15                 Defendant.          )
                                       )   Trial Date: March 25, 2013
16  _____)
```

17    The parties herein and their attorneys of record hereby agree and stipulate to continue the current

18 mediation completion date of April 24, 2012 for fourteen (14) days, to May 8, 2012.

19    This stipulation and order are sought because the parties, due to their respective trial calendars and

20 previously calendared appearances, are unable to complete the depositions of plaintiff and defendant's

21 witnesses, and mediation by April 24, 2012. The parties have now agreed to the following dates:

22        Plaintiff's Deposition        :    March 30, 2012

23        Defendant's Witnesses (2)     :    April 4, 2012

24        Mediation Date                :    May 3, 2012

25    Accordingly, the parties respectfully request a continuance of fourteen (14) days to complete

26

27

28

---

-1-

STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF MEDIATION COMPLETION DATE
J:\1056\sf0105\Pleadings\P-STP-MED.wpd                                              Case No. CV 11-5050

mediation.

Dated: March 6, 2012.

LOW, BALL & LYNCH

By_____
STEVEN D. WERTH
JENNY LI
Attorneys for Defendant
FLORENCE CRITTENTON SERVICES

Dated: March 6, 2012.

LAW OFFICE OF RICHARD M. ROGERS

By_____
RICHARD M. ROGERS
Attorneys for Plaintiff
SHAWN C. SCOTT

## [PROPOSED] ORDER

Pursuant to the parties' stipulation and good cause appearing, the Court hereby orders that the last day to complete mediation in this case be continued for fourteen (14) days, to May 8, 2012. The previously ordered deadline to complete mediation of April 24, 2012 is hereby vacated.

IT IS SO ORDERED.

Dated: March 7, 2012

_____
THE HONORABLE DONNA M. RYU
JUDGE OF THE DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA