UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| SHAWN C. SCOTT,<br>    Plaintiff,<br><br>    v.<br>FLORENCE CRITTENTON SERVICES,<br>    Defendant. | No. C 11-5050 DMR<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:        May 2, 2012<br>Mediator:    Scott Emblidge |

    IT IS HEREBY ORDERED that the request to excuse defendant Florence Crittenton Services' insurance carrier representative from personal attendance at the May 2, 2012, mediation before Scott Emblidge is DENIED. The court finds that defendant has not made an adequate showing that requiring the insurance carrier to appear in person would cause her 'extraordinary or otherwise unjustifiable hardship' as required by ADR L.R. 6-10(d). Accordingly, the request is DENIED and the representative shall appear in person at the session.

    IT IS SO ORDERED.

April 25, 2012          By:                   *Elizabeth D. Laporte*
Dated                                             Elizabeth D. Laporte
                                             United States Magistrate Judge