UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| SHAWN C. SCOTT,<br>          Plaintiff, | No. C 11-5050 DMR |
| v.<br>FLORENCE CRITTENTON SERVICES,<br>          Defendant. | **ORDER RE: ATTENDANCE AT MEDIATION** |
| | Date:         May 2, 2012<br>Mediator:    Scott Emblidge |

IT IS HEREBY ORDERED that the request to excuse defendant Florence Crittenton Services' insurance carrier representative from personal attendance at the May 2, 2012, mediation before Scott Emblidge is GRANTED. The representative shall be available at all times to participate telephonically in the mediation unless or until excused by the mediator in accordance with ADR L.R. 6-10(f). However, if the mediator determines that the telephonic appearance by the individuals is interfering with the mediation process, the mediator may decide to terminate the telephonic appearances and set a new mediation date with personal appearances required.

IT IS SO ORDERED.

April 30, 3012                              By: _____
Dated                                                         Elizabeth D. Laporte
                                                              United States Magistrate Judge