UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

SHAWN C. SCOTT,
    Plaintiff,

  v.

FLORENCE CRITTENTON SERVICES,
    Defendant.

No. C 11-5050 DMR

**ORDER RE: ATTENDANCE AT MEDIATION**

Date: May 2, 2012
Mediator: Scott Emblidge

IT IS HEREBY ORDERED that the request to excuse defendant Florence Crittenton Services' insurance carrier representative from personal attendance at the May 2, 2012, mediation before Scott Emblidge is GRANTED. The representative shall be available at all times to participate telephonically in the mediation unless or until excused by the mediator in accordance with ADR L.R. 6-10(f). However, if the mediator determines that the telephonic appearance by the individuals is interfering with the mediation process, the mediator may decide to terminate the telephonic appearances and set a new mediation date with personal appearances required.

IT IS SO ORDERED.

April 30, 2012
Dated

By: *Elizabeth D. Laporte*
Elizabeth D. Laporte
United States Magistrate Judge