1  RICHARD M. ROGERS, #045843
   LAW OFFICE OF RICHARD M. ROGERS
2  100 Bush Street, #1980
   San Francisco, CA 94104
3  Telephone:  415/981-9788
   Facsimile:  415/981-9798
4  Email:      RogersRMR@yahoo.com

5  Attorneys for Plaintiff
   SHAWN C. SCOTT
6
   STEVEN D. WERTH, # 121153
7  JENNY LI, # 216900
   LOW, BALL & LYNCH
8  505 Montgomery Street, 7th Floor
   San Francisco, CA 94111-2584
9  Telephone (415) 981-6630
   Facsimile (415) 982-1634
10 E-Mail    SWerth@lowball.com
             jli@lowball.com
11
   Attorneys for Defendant
12 FLORENCE CRITTENTON SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN C. SCOTT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FLORENCE CRITTENTON SERVICES,<br><br>　　　　　Defendant. | Case No.: C11-05050 DMR [ECF]<br><br>Case filed:　10/13/11<br>Trial date:　03/25/13<br><br>**STIPULATION TO DISMISSAL OF ACTION; ORDER** |

Pursuant to F.R.Civ.P. 41(a)(1), the parties hereto stipulate to a dismissal of this action with prejudice, pursuant to a Settlement Agreement.

Respectfully submitted,

Dated: 5-3-12

LAW OFFICE OF RICHARD M. ROGERS

By: /s/ Richard M. Rogers
RICHARD M. ROGERS
Attorneys for Plaintiff

Dated: 5/19/12

LOW, BALL & LYNCH

By: /s/
KEVIN D. WERTH
Attorneys for Defendant

**IT IS SO ORDERED.**

Dated: May 21, 2012

By: /s/ Donna M. Ryu
MAGISTRATE JUDGE OF THE U.S. DISTRICT COURT

IT IS SO ORDERED
Judge Donna M. Ryu