RICHARD M. ROGERS, #045843
LAW OFFICE OF RICHARD M. ROGERS
100 Bush Street, #1980
San Francisco, CA 94104
Telephone: 415/981-9788
Facsimile: 415/981-9798
Email: RogersRMR@yahoo.com

Attorneys for Plaintiff
SHAWN C. SCOTT

STEVEN D. WERTH, # 121153
JENNY LI, # 216900
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, CA 94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634
E-Mail SWerth@lowball.com
jli@lowball.com

Attorneys for Defendant
FLORENCE CRITTENTON SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN C. SCOTT, Plaintiff, v. FLORENCE CRITTENTON SERVICES, Defendant. | Case No.: C11-05050 DMR [ECF]<br>Case filed: 10/13/11<br>Trial date: 03/25/13<br>**STIPULATION TO DISMISSAL OF ACTION; ORDER** |

Pursuant to F.R.Civ.P. 41(a)(1), the parties hereto stipulate to a dismissal of this action with prejudice, pursuant to a Settlement Agreement.

Respectfully submitted,

Dated: 5-3-12

LAW OFFICE OF RICHARD M. ROGERS

By: [signature]
RICHARD M. ROGERS
Attorneys for Plaintiff

Dated: 5/19/12

LOW, BALL & LYNCH

By: [signature]
DUSTIN D. WERTH
Attorneys for Defendant

**IT IS SO ORDERED.**

Dated: May 21, 2012

By: [signature]
MAGISTRATE JUDGE OF THE U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Donna M. Ryu
NORTHERN DISTRICT OF CALIFORNIA